IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**JAMES LEE BALLARD,**

   *Plaintiff*,

v.                             Case No.: 1:23cv91-MW/MAF

**JOHN LYON BROLING, et al.,**

   *Defendants*.

_____/

### ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 7. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 7, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's claims are **DISMISSED** without prejudice to Plaintiff's refiling this case if he simultaneously submits the filing fee." The Clerk is directed to note on the docket that this case was dismissed pursuant to 28 U.S.C.§ 1915(g) and close the file.

**SO ORDERED on May 26, 2023.**

                                           s/Mark E. Walker             
                                           **Chief United States District Judge**